**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KYOCERA COMMUNICATIONS, INC.,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**ESS TECHNOLOGIES INTERNATIONAL, INC. and IMPERIUM (IP) HOLDINGS, INC.,**<br><br>    Defendants. | Case No.: 12-CV-01195 YGR<br><br>**ORDER CONTINUING ORAL ARGUMENT TO JULY 3, 2012 AT 2:00 P.M.** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The hearing on the Motions to Dismiss filed by ESS Technology International, Inc., Dkt. No. 16, and Imperium (IP) Holdings, Inc., Dkt. No. 23, is **CONTINUED** to **Tuesday, July 3, 2012** at **2:00 p.m.**

**IT IS SO ORDERED**.

**Date: June 8, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**