**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KYOCERA COMMUNICATIONS, INC.,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**ESS TECHNOLOGIES INTERNATIONAL, INC. and IMPERIUM (IP) HOLDINGS, INC.,**<br><br>　　　　Defendants. | Case No.: 12-CV-1195 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference set for August 27, 2012 is hereby **VACATED**.

**IT IS SO ORDERED**.

Date: August 21, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**