**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KYOCERA COMMUNICATIONS, INC.,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**ESS TECHNOLOGIES INTERNATIONAL, INC. and IMPERIUM (IP) HOLDINGS, INC.,**<br><br>  Defendants. | Case No.: 12-CV-01195 YGR<br><br>**ORDER DENYING MOTION OF KYOCERA COMMUNICATIONS, INC. FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Plaintiff Kyocera Communications, Inc. ("Kyocera") has filed a motion for leave to file a motion for reconsideration of this Court's Order dismissing its declaratory judgment action with prejudice for lack of subject matter jurisdiction. Kyocera believes that it was legal error to not order jurisdictional discovery, and to dismiss with prejudice on jurisdictional grounds.

With respect to jurisdictional discovery, the cases Kyocera cites to support its claim of legal error involve personal jurisdiction, and therefore, are inapposite. The Court lacks subject matter jurisdiction to order the parties to conduct discovery, jurisdictional or otherwise. Furthermore, because the jurisdictional defects cannot be cured by amendment, dismissal with prejudice was appropriate.

Therefore, Kyocera's Motion for Leave to File Motion for Reconsideration is **DENIED**.

This Order Terminates Docket Number 45.

**IT IS SO ORDERED**.
**Date: September 18, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**